■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALGIS JULIUS GALE, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered June 20, 1983, convicting him of criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

This case presents no reason to vacate defendant's plea of guilty. We additionally note that the sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Mangano, J. P., Gibbons, Bracken and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS GALE, Appellant. — Appeal by defendant from two judgments of the County Court, Nassau County (Harrington, J.), both rendered May 6, 1982, convicting him of perjury in the first degree, grand larceny in the second degree and forgery in the second degree, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

Defendant's motion to withdraw his guilty pleas was properly denied without a hearing (*see, People v Frederick,* 45 NY2d 520). The sentences imposed were not excessive. Mangano, J. P., Gibbons, Bracken and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GILBERTI, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Richmond County (Owens, J.), rendered October 20, 1981, convicting him of murder in the second degree, robbery in the first degree (two counts), and robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

We have considered defendant's contentions and find them to be either without merit or unpreserved for our review. Mangano, J. P., Gibbons, Niehoff and Lawrence, JJ., concur.